FILED - USDC -NH
2025 NOV 20 AM 11:42

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMPSHIRE

# CONCORD DIVISION

**CINDY L. YOUNG**

20 Central Street

Bristol, NH 03222

Plaintiff,

v.   Case No. _____

**SPECIAL AGENT WESLEY GARLAND,**

in his individual capacity,

Federal Bureau of Investigation

Boston Division – Bedford Resident Agency

10 Commerce Drive

Bedford, NH 03110

and

**FEDERAL BUREAU OF INVESTIGATION**

935 Pennsylvania Ave NW

Washington, DC 20535

and

**UNITED STATES DEPARTMENT OF JUSTICE**

950 Pennsylvania Ave NW

Washington, DC 20530

Defendants.

**COMPLAINT FOR DAMAGES, DECLARATORY RELIEF, AND INJUNCTIVE RELIEF**

Plaintiff Cindy L. Young ("Plaintiff"), appearing pro se, alleges the following:

**INTRODUCTION**

1. This is a civil action arising from the unauthorized, warrantless, coercive collection of Plaintiff's DNA by FBI Special Agent Wesley Garland on June 23, 2023, during her self-surrender and intake for arraignment at the Concord, NH Federal Courthouse.

2. U.S. Marshals processed Plaintiff and did not collect any DNA. Instead, Special Agent Garland entered the intake room and personally performed the DNA swab without any warrant, advisement, lawful authority, consent form, or documentation.

3. Garland told Plaintiff: "This is the last thing we are required to do," falsely representing that the swab was mandatory.

4. DNA collection is an intrusive Fourth Amendment search. FBI field agents are not authorized collectors under 34 U.S.C. § 40702 or 28 C.F.R. § 28.12.

5. Plaintiff seeks compensatory and punitive damages, declaratory judgment, and destruction/expungement of all DNA data belonging to her.

**JURISDICTION & VENUE**

6. Jurisdiction is proper under 28 U.S.C. § 1331 (federal question).

7. Venue is proper under 28 U.S.C. § 1391(b)(2) because all events occurred in Concord, New Hampshire.

**PARTIES**

8. Plaintiff is a resident of Bristol, New Hampshire.

9. Defendant Special Agent Wesley Garland is an FBI agent assigned to the Boston Division, Bedford Resident Agency, sued in his individual capacity.

10. Defendant FBI is a federal law enforcement agency.

11. Defendant DOJ oversees FBI DNA compliance.

**FACTUAL ALLEGATIONS**

12. Prior to June 23, 2023, Special Agent Garland told Plaintiff she should self-surrender and said she "would not want the scene of [agents] coming to arraign [her] at [her] home."

13. Plaintiff agreed. Garland told her he would meet her at the courthouse.

14. Plaintiff voluntarily self-surrendered early at the Concord Federal Courthouse.

15. U.S. Marshals processed Plaintiff but did not take DNA.

16. During intake, Garland entered the room. The Marshals did not request his involvement.

17. Garland stated: "This is the last thing we are required to do," and then personally performed a cheek-swab DNA collection.

18. Plaintiff was given no advisement, statutory basis, consent form, or option to decline.

19. The FBI is not an authorized DNA-collecting agency under federal law.

20. Garland's timing, presence, and sole action demonstrate the DNA swab was planned, targeted, and unlawful.

21. Plaintiff received no documentation regarding the sample or whether it was placed into CODIS.

22. Plaintiff believes her DNA may have been unlawfully retained or analyzed.

23. The swab was warrantless, coercive, unauthorized, and violated Plaintiff's rights.

**CAUSES OF ACTION**

**COUNT I** – Fourth Amendment (Bivens)

Against Agent Garland

**COUNT II** – Fifth Amendment Informational Privacy Violation

Against Agent Garland

**COUNT III** – Violation of DNA Fingerprint Act (34 U.S.C. § 40702)

Against DOJ/FBI

**COUNT IV** – Violation of 28 C.F.R. § 28.12

Against DOJ/FBI

**COUNT V** – Intrusion Upon Seclusion (NH Tort)

Against Agent Garland

**COUNT VI** – Declaratory Judgment (28 U.S.C. § 2201)

Against all defendants

**COUNT VII** – Injunctive Relief

Order destruction/expungement of DNA

**PRAYER FOR RELIEF**

Plaintiff requests:

A. Compensatory damages of not less than $5,000,000 against Agent Garland.

B. Punitive damages, in an amount to be determined by a jury.

C. Declaratory judgment declaring the DNA swab unlawful.

D. Injunction ordering DOJ/FBI to:

1. Destroy the physical DNA sample;

2. Expunge/remove any DNA profile from CODIS;

3. Destroy all derivative records and communications.

E. Full costs and litigation expenses.

F. All other relief deemed just and proper.

**JURY DEMAND**

Plaintiff demands a jury trial.

Respectfully submitted,

*Cindy L Young*

/s/ Cindy L. Young

20 Central Street

Bristol, NH 03222

Email: clyoung@breezeline.net

603-630-3195

Pro Se Plaintiff