# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

CINDY YOUNG,
Plaintiff,

v.

GARLAND, et al.,
Defendants.

**No. 1:25-cv-00472-LM-TSM**

## PLAINTIFF'S MOTION FOR SWORN DECLARATION REGARDING THE EXISTENCE, RETENTION, AND DISPOSITION OF PLAINTIFF'S DNA

Plaintiff respectfully moves the Court for a limited and targeted order requiring Defendants to submit a sworn declaration from a knowledgeable custodian of records addressing whether Plaintiff's DNA was collected, whether it currently exists in any form, and, if destroyed, when, how, and pursuant to what authority. This request is narrow, factual, and necessary to clarify issues of standing, mootness, ongoing harm, and the scope of available relief. Discovery has not yet opened, and Plaintiff seeks no merits determination at this stage.

**Factual Background**

Plaintiff was subjected to DNA collection in connection with her arrest and processing related to federal charges. Plaintiff has not been provided confirmation whether her DNA sample or profile currently exists, whether it was uploaded to any database, or whether it was destroyed. These facts are exclusively within Defendants' possession and control and are material to Plaintiff's claims of ongoing constitutional injury.

**Argument**

Retention of biometric data without lawful authority constitutes an ongoing search and seizure under the Fourth Amendment. A sworn declaration is the least intrusive and most efficient means to clarify whether Plaintiff's DNA continues to exist, whether it has been queried or shared, or whether it was destroyed pursuant to lawful authority. Courts routinely order such declarations to resolve threshold jurisdictional issues prior to discovery.

**Requested Relief**

Plaintiff respectfully requests that the Court order Defendants to submit a sworn declaration from a knowledgeable custodian of records stating whether Plaintiff's DNA was collected; whether it currently exists in any form; whether it was uploaded to CODIS or any other

database; whether it was queried or shared; and, if destroyed, the date, method, and legal authority for such destruction.


Respectfully submitted,

Cindy Young
Plaintiff, Pro Se

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

### PROPOSED ORDER

Upon consideration of Plaintiff's Motion for Sworn Declaration Regarding the Existence, Retention, and Disposition of Plaintiff's DNA, and for good cause shown, it is hereby ORDERED that Defendants shall, within **fourteen (14) days** of this Order, submit a sworn declaration from a knowledgeable custodian of records stating: (1) whether Plaintiff's DNA was collected; (2) whether it currently exists in any form; (3) whether it was uploaded to CODIS or any other database; (4) whether it was queried or shared; and (5) if destroyed, the date, method, and legal authority for such destruction.

SO ORDERED.

_____
Hon. Landya B. McCafferty
United States District Judge