**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

CINDY L. YOUNG

     v.                                       Civil No. 25-cv-00472-LM-TSM

WESLEY GARLAND, ET AL.

**ORDER**

Self-represented Plaintiff, Cindy L. Young, sued the Federal Bureau of Investigation, FBI Special Agent Wesley Garland, in his individual capacity, and the United States Department of Justice, seeking damages, declaratory relief, and injunctive relief stemming from the alleged "unauthorized, warrantless, coercive collection of Plaintiff's DNA." Doc. No. 1. On February 6, 2026, Defendants moved to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. Doc. No. 12. The next day, Plaintiff filed an Amended Complaint as a matter of course under Rule 15(a)(1)(B).1 Doc. No. 14. Therefore, in accordance with LR 15.1(c), the pending Motion to Dismiss for failure to state a claim is denied without prejudice. Defendants' response to the Amended Complaint is stayed pending resolution of the Motion for Leave to File a Second Amended Complaint.

**CONCLUSION**

Accordingly, Defendants' motion to dismiss for failure to state a claim (Doc. No. 12) is denied without prejudice.

                                               _____
                                               Talesha L. Saint-Marc
                                               United States Magistrate Judge

March 24, 2026

cc:    Cindy L. Young, pro se
       Counsel of record