UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Cindy L. Young

    v.                                         Case No. 25-cv-472-LM-TSM

Wesley Garland et al.

ORDER

    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated April 3, 2026.

    Plaintiff's emergency motion to preserve evidence (doc. 2) is denied without prejudice.

_____
Landya B. McCafferty
United States District Judge

Date: April 21, 2026

cc: Cindy L. Young, pro se
    Counsel of Record