UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

CINDY YOUNG,                              )
                                         )
    Plaintiff,                       )
                                         )
       v.                          )       No. 1:25-cv-00472-LM-TSM
                                         )
GARLAND, *et al.*,                       )
                                         )
    Defendants.                      )

MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants the Federal Bureau of Investigation ("FBI"), the Department of Justice, and FBI Special Agent ("SA") Wesley Garland, move this Court to dismiss Plaintiff's Second Amended Complaint (ECF No. 31), for failure to state a plausible claim upon which relief may be granted.

In support of their Motion, Defendants refer the Court to the attached memorandum of law and the record of this litigation.

Therefore, this Court should dismiss Plaintiff's complaint.

Respectfully submitted,

Erin Creegan
United States Attorney

May 7, 2026                  /s/ Anna Dronzek
                             Assistant U.S. Attorney
                             Colorado Bar # 43912
                             53 Pleasant Street, 5th Floor
                             Concord, New Hampshire 03301
                             (603) 225-1552
                             anna.dronzek@usdoj.gov

1

<u>CERTIFICATION</u>

       I hereby certify that a copy of this Motion to Dismiss has been placed in the mailroom for service on pro se plaintiff Cindy L. Young at 20 Central Street, Bristol, NH, 03222, by certified, return receipt requested, first class postage prepaid mail, on May 7, 2026.

                                                /s/*Anna Dronzek*
                                              Anna Dronzek
                                              Assistant U.S. Attorney